IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY J. MORGAN SR., <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; WELLS FARGO HOME MORTGAGE, INC.; and, BANK OF NEW YORK MELLON CORPORATION, <br><br>　　　　　Defendants. | **8:17CV218** <br><br>**ORDER** |

　　　IT IS ORDERED that the motion to withdraw filed by Patrick R. Turner, as counsel of record for Defendants, Specialized Loan Servicing, LLC and Bank of New York Mellon Corporation (Filing No. 37), is granted.

　　　Dated this 31st day of January, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge