IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY J. MORGAN SR., <br><br> Plaintiff, <br><br> vs. <br><br> SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; WELLS FARGO HOME MORTGAGE, INC., and BANK OF NEW YORK MELLON CORPORATION, <br><br> Defendants. | **8:17CV218** <br><br> **SHOW CAUSE ORDER** |

Upon review of the docket, it appears no discovery has been served since the court entered the final progression order on March 18, 2019. Based on the docket, it does not appear that Plaintiff has served initial disclosures. Finally, Plaintiff's counsel did not appear at the court-ordered conference call today, (see Filing No. 41), and he did not respond to email reminders to do so.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until August 20, 2019 to show cause why the court should not dismiss this case for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

2) The Clerk shall set a case management deadline of August 21, 2019.

August 6, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge